IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HAGGEN HOLDINGS, LLC, | ) ) | Case No. 15-11874 (KG) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| HAGGEN OPERATIONS HOLDINGS, LLC, | ) ) | Case No. 15-11875 (KG) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| HAGGEN OPCO SOUTH, LLC, | ) ) | Case No. 15-11876 (KG) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| HAGGEN OPCO NORTH, LLC, | ) ) | Case No. 15-11877 (KG) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| HAGGEN ACQUISITION, LLC, | ) ) | Case No. 15-11878 (KG) |
| Debtor. | ) ) ) | |

01:17632602.3

|                          |   |                          |
|--------------------------|---|--------------------------|
| In re:                   | ) | Chapter 11               |
|                          | ) |                          |
| HAGGEN, INC.,            | ) | Case No. 15-11879 (KG)   |
|                          | ) |                          |
|     Debtor. | ) |                          |
|                          | ) | **Ref. Docket No. 2**    |

### ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "**Motion**")[1] of Haggen Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "**Debtors**")[2] for the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Debtors' chapter 11 cases shall be consolidated for procedural

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

01:17632602.3

purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The Clerk of the Court shall maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Debtor Haggen Holdings, LLC, Case No. 15-11874 (KG).

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-11874 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

5. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

6. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and the Clerk of the Court shall make docket entries in the dockets of each of the chapter 11 cases other than the chapter 11 case of Debtor Haggen Holdings, LLC, substantially as follows:

> An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Haggen Holdings, LLC, Haggen Operations Holdings, LLC, Haggen Opco South, LLC, Haggen Opco North, LLC, Haggen Acquisition, LLC, and Haggen, Inc. The docket in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

01:17632602.3

the chapter 11 case of Haggen Holdings, LLC, Case No. 15-11874 (KG), should be consulted for all matters affecting this case.

7. Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: September 10, 2015
       Wilmington, Delaware

                                                           _____
                                                           Kevin Gross
                                                           United States Bankruptcy Judge